FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

DEC 0 9 2010

U. S. DISTRICT, COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

BIN LING
JIAN CHEN

CASE NO.: 3:10-cr-302-J-32 MCR
Ct. 1: 18 U.S.C. §§ 2320(a) and 2
Forfeiture: 18 U.S.C. § 2323

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 12, 2009, in Duval County, in the Middle District of Florida,

BIN LING,
JIAN CHEN,

defendants herein, did knowingly and intentionally traffic and attempt to traffic in goods to wit: Coach, Dolce & Gabbana, Dooney and Bourke, Chanel, Ed Hardy, and Gucci handbags; Coach, Gucci, Chanel, Dolce & Gabbana, Prada and Louis Vuitton wallets; Ed Hardy apparel; Gucci, Versace, Ed Hardy, Coach, Prada, Ray Ban, and Chanel sunglasses; and Gucci shoes, and did knowingly use counterfeit marks on and in connection with such goods.

All in violation of Title 18, United States Code, Section 2320(a) and 2.

## **FORFEITURE ALLEGATION**

Upon conviction of the offenses in Title 18, United States Code, Section 2320 as alleged in Count One of this Indictment, the defendants herein, BING LING and JIAN CHEN, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2323(b), all property, real or personal, which:

(a) is any article, the making or trafficking of which is, prohibited under section 2320;

(b) any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense;

(c) any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 2323(b).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
RUSSELL C. STODDARD
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BIN LING
JIAN CHEN

## INDICTMENT

Violations:

Ct. 1:   18 U.S.C. §§ 2320(a) and 2

A true bill,

_____
Foreperson

Filed in open court this 9th day

of December, 2010.

_____
Carol J. Hollinan.
Clerk

Bail  $_____